UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
CHARLES L LAMBUS
NICOLE G LAMBUS                                        CASE NO. 14-91764-BHL-13
DEBTORS

_____

CHARLES L LAMBUS
NICOLE G LAMBUS
Plaintiffs

v.                                                                ADVERSARY CASE NO.

ASC/BANK OF NEW YORK MELLON
Defendant

## COMPLAINT TO AVOID AND/OR STRIP OFF MORTGAGE LIEN

Come now Plaintiffs/Debtors, Charles L. Lambus and Nicole G. Lambus, by counsel, and for their Complaint against Defendant/Creditor, ASC/Bank of New York Mellon, state as follows:

1. They are the Debtors under this Chapter 13 Bankruptcy filed on August 28, 2014;

2. The Debtors are the owners of real property as set out in Schedule A, and which property is as follows:

    *Lot No. 227 of Capitol Hill Subdivision, Section V, as the same appears of record in Plat Book 8, Page 11 in the Recorder's Office of Clark County, Indiana.*

    *Being the same property conveyed to Charles Lambus and Nicole Lambus, husband and wife, Warranty Deed dated September 22, 1999 of record in Deed Drawer 31, Instrument Number 23599 in the Office of the Recorder of Clark County, Indiana.*

    *Parcel No. 10-20-01-300-715.000-009*

    *Commonly known as 920 Senate Ave., Jeffersonville, IN 47130;*

3. ASC/Bank of New York Mellon (account ending 6933) is listed as a creditor on Amended Schedule D of the Debtors' Bankruptcy Petition;

4. ASC/Bank of New York Mellon has a second and subordinate mortgage lien on Debtors' real property described herein;

5. The real estate upon which ASC/Bank of New York Mellon has this second mortgage has a fair market value of $72,000.00 as set out in Schedule A of the Debtors' Bankruptcy Petition;

6. The first, and superior, mortgage on this real property is held by ASC/Bank of New York Mellon (account ending 6920) is in the approximate sum of $83,650.00;

7. The mortgage held by ASC/Bank of New York Mellon (account ending 6933) is effectively an unsecured mortgage in that the value of the property does not exceed the amount of the first mortgage held by ASC/Bank of New York Mellon (account ending 6920);

8. The Debtors' Chapter 13 Bankruptcy Petition and Plan proposes a "lien strip" of the mortgage held by ASC/Bank of New York Mellon and that ASC/Bank of New York Mellon thereafter be treated as an unsecured creditor;

9. A summary of the status of the second mortgage held by ASC/Bank of New York Mellon is as follows:

| | |
|---|---|
| Value of real estate as set out in Schedule A | $72,000.00 |
| Amount of 1st mortgage held by ASC/Bank of New York Mellon | $83,650.00 |
| Debtors' equity | $0.00 |
| Equity to which ASC/Bank of New York Mellon's 2nd mortgage attaches | $0.00 |

WHEREFORE, the Debtors pray for an Order of the Court voiding and/or lien stripping the second mortgage held by ASC/Bank of New York Mellon and for all such other relief as the Debtors may be entitled.

Date: November 20, 2014        /s/ J. Charles Guilfoyle
                                J. Charles Guilfoyle
                                Attorney for Debtors
                                Indiana Supreme Court #8386-10
                                431 East Court Avenue
                                P.O. Box 148
                                Jeffersonville, IN  47131-0148
                                Telephone:  (812) 288-1250
                                Fax:  (812-288-1261
                                Email:  jcharlesguilfoyle@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, a copy of the foregoing Complaint to Avoid and/or Strip Off Mortgage Lien of ASC/Bank of New York Mellon was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Joseph M. Black
jblacktrustee@trustee13.com

Michael J. Kulak1
bankruptcy@unterlaw.com, Michael.Kulak@unterlaw.com

I further certify that on November 20, 2014, pursuant to Fed.R.Bankr.P. 7004(b)(3) and Fed.R.Bankr.P. 7004(h), a copy of the foregoing Complaint to Avoid and/or Strip Off Mortgage Lien of ASC/Bank of New York Mellon was mailed by CERTIFIED MAIL, postage prepaid, addressed as follows:

The Bank of New York Mellon Financial Corporation
c/o Highest Ranking Officer
1 Wall Street, Manhattan
New York City, NY 10005-2588

I further certify that on November 20, 2014, a copy of the foregoing Complaint to Avoid and/or Strip Off Mortgage Lien of ASC/Bank of New York Mellon was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

ASC/Bank of NY Mellon
POB 10328
Des Moines, IA 50306

America's Servicing Co.
Attn: Bankruptcy Dept. MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

                                         /s/ J. Charles Guilfoyle
                                         J. Charles Guilfoyle